**Delicia Ulrich Yanghat MBOUMBA, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 02–2423.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 19, 2003.

Decided Nov. 17, 2003.

Yurika S. Cooper, Immigration Law Group, P.C., Washington, D.C., for Petitioner.

Robert D. McCallum, Jr., Assistant Attorney General, David V. Bernal, Assistant Director, Kurt B. Larson, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

PER CURIAM.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Delicia Ulrich Yanghat Mboumba, a native and citizen of the Republic of Congo, petitions for review of a final order of the Board of Immigration Appeals affirming the Immigration Judge's denial of asylum and withholding of removal.

Mboumba takes issue with the finding that she failed meet her statutory burden and establish her eligibility for the relief sought. Upon our review, we find the record supports the denial of relief. 8 U.S.C. § 1252(b)(4) (2000); *see Matter of Y–B–*, 21 I. & N. Dec. 1136, 1139 (BIA 1998); *Matter of S–M–J–*, 21 I. & N. Dec. 722, 724–26 (BIA 1997).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*